UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LUZ MARIA GUZMAN RIVERA,

    **Plaintiff,**

v.                                Case No: 6:19-cv-1766-Orl-18GJK

COMMISSIONER OF SOCIAL
SECURITY,

    **Defendant.**

## ORDER

This cause came on for consideration on Plaintiff Luz Maria Guzman Rivera's Unopposed Motion for Fees Pursuant to the Equal Access to Justice Act (the "Motion") (Doc. 23), which the Court referred to the United States Magistrate Judge for a report and recommendation. Having reviewed the Report and Recommendation (Doc. 24) entered on July 7, 2020, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 24) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Plaintiff Luz Maria Guzman Rivera's Unopposed Motion for Fees Pursuant to the Equal Access to Justice Act (Doc. 23) is **GRANTED in part** and **DENIED in part** as follows:

    a. Plaintiff's request for attorney's fees in the amount of **$6470.33** is **GRANTED**. Plaintiff, as the prevailing party, is awarded Equal Access to Justice Act attorney's fees in the amount of **$6470.33**.

    b. Otherwise, the Motion (Doc. 23) is **DENIED**.

2

    3. The Clerk of Court is directed to **ENTER JUDGMENT accordingly,** in favor of Plaintiff Luz Maria Guzman Rivera and against Defendant Commissioner of Social Security.

    **DONE** and **ORDERED** in Orlando, Florida, this _27_ day of July, 2020.

                                        **G. KENDALL SHARP**
                                        SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record